

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE CHETRIT GROUP and
JOSEPH CHETRIT,

                Case No.:

        Plaintiffs,        **Rule 7.1 Statement**

     -against-

LABORERS LOCAL UNION 79,
KENNETH BRANCACCIO in his capacity as
President of Laborers Local Union 79, and
JOHN DOES 1-10,

        Defendants.
------------------------------------------------------------X



      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiffs, The Chetrit Group and Joseph Chetrit, certifies that The Chetrit Group is not a publicly held corporation and does not have a parent corporation.

Dated: October 5, 2007
       New York, New York

                                      Respectfully submitted,

                                      CLIFTON BUDD & DeMARIA, LLP
                                      Attorneys for Plaintiffs

                                      By: _____
                                      Kevin J. McGill (KM 4554)
                                      420 Lexington Avenue, Suite 420
                                      New York, NY 10170
                                      (212) 687-7410