UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                    :
THE CHETRIT GROUP and JOSEPH CHETRIT,               :
                                                    :
                              Plaintiffs,           :       Case No. 07 CIV 8653 (GBD)
                                                    :
        - v. -                                      :
                                                    :
LABORERS LOCAL UNION 79, KENNETH                    :       **STIPULATION ACCEPTING**
BRANCACCIO, in his capacity as President of         :       **SERVICE OF PROCESS AND**
Laborers Local Union 79, and JOHN DOES 1-10,        :       **EXTENDING DEFENDANTS'**
                                                    :       **TIME TO ANSWER OR**
                              Defendants.           :       **OTHERWISE RESPOND**
                                                    :
------------------------------------------------------------------ X

        IT IS HEREBY STIPULATED and agreed by and between the undersigned

counsel that:

        1.      Cohen, Weiss and Simon LLP hereby accepts service of the summons and

complaint herein on behalf of defendants Construction and General Building Laborers' Local 79

and Kenneth Brancaccio in his capacity as President of Local 79 (collectively "Local 79" or the

"Defendant") and appears herein on the Defendant's behalf.

        2.      Local 79 retains any and all defenses and objections to the lawsuit or to

the jurisdiction or venue of the Court except objections based on a defect in the service of

process.

        3.      The time for Defendant to answer or otherwise respond to the complaint in

this action is extended from November 11, 2007 through November 30, 2007. The parties

represent that this is the first request for an extension to answer or otherwise plead in this case.

00113941.DOC.1

Dated: New York, New York
       October 26, 2007

Respectfully submitted,

By: _____

Joseph J. Vitale (JV 0415)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York 10036-6976
(212) 563-4100

and

Tamir W. Rosenblum (TR 0895)
MASON TENDERS DISTRICT
COUNCIL OF GREATER NEW YORK
520 Eighth Avenue, Suite 650
New York, New York 10018
(212) 452-9451

Counsel for Defendants

By: _____

Kevin J. McGill (KM 4554)
George F. Brenlla (GB - 96().)
Clifton, Budd, & DeMaria, LLP
420 Lexington Avenue, Suite 420
New York, New York 10170

Counsel for Plaintiffs

SO ORDERED:

Dated: _____, 2007
      New York, New York

_____
U.S.D.J.

: