UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE CHETRIT GROUP and
JOSEPH CHETRIT,

                Plaintiffs,

-against-

LABORERS LOCAL UNION 79,
KENNETH BRANCACCIO in his capacity as
President of Laborers Local Union 79, and
JOHN DOES 1-10,

                Defendants.
------------------------------------------------------------X

ECF CASE

Case No.: 07 CIV 8653 (GBD)

**AFFIDAVIT OF PERSONAL SERVICE**

STATE OF NEW YORK    )
                                    )ss:
COUNTY OF NEW YORK  )

      **STEPHANIE M. SNYDER** deposes and says:

      I am not a party to the action; I am over 18 years of age; and I reside in Yonkers, New York.

      On October 8, 2007 I personally served a copy of Plaintiffs' **SUMMONS and COMPLAINT** upon:

      Laborers Union Local 79
      520 Eighth Avenue
      Suite 679
      New York, New York

      A description of Jessica Pena, the person served, is as follows: female, approximately 35 years old, long black hair, dark complexion and an approximate height of 5'4".

                                                          Stephanie M. Snyder

Sworn to before me this 25th
day of October , 2007

_____
Notary Public

SHERYL ANN EWART SORENSEN
Notary Public, State of New York
No. 02EW6138793
Qualified in Kings County
Commission Expires 12/27/2009