UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE CHETRIT GROUP and                           ECF CASE
JOSEPH CHETRIT,
                                                Case No.: 07 CIV 8653  (GBD)

                Plaintiffs,

      -against-                              **APPEARANCE**

LABORERS LOCAL UNION 79,
KENNETH BRANCACCIO in his capacity as
President of Laborers Local Union 79, and
JOHN DOES 1-10,

                Defendants.
-------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for Plaintiffs The Chetrit Group and

Joseph Chetrit.

      I certify that I am admitted to practice in this Court.


Dated: October 26, 2007
      New York, New York


                        CLIFTON BUDD & DeMARIA, LLP

            By:       Matthew Siebel

                        Matthew A. Siebel (MS 8321)
                        Attorneys for Plaintiffs
                        420 Lexington Avenue
                        New York, NY 10170
                        (212) 687-7410