UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
 :
THE CHETRIT GROUP and JOSEPH CHETRIT, :
 :
                     Plaintiffs, :   Case No. 07 CIV 8653 (GBD)
 :
    - v. - :
 :
LABORERS LOCAL UNION 79, KENNETH :
BRANCACCIO, in his capacity as President of :  RULE 7.1 STATEMENT
Laborers' Local Union 79, et. al, :  OF DEFENDANT LOCAL 79
 :
                    Defendants. :
 :
-------------------------------------------------------------------X

       Laborers' Local Union 79 ("Local 79"), by its undersigned counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure hereby certifies that Local 79 does not have any corporate or other parent, and no publicly held corporation owns any stock of the Local 79.

Date:  December 7, 2007
        New York, New York

                                              Respectfully submitted,

                                              /s/ Joseph J. Vitale
                                            _____
                                            Joseph J. Vitale (JJV 0415)
                                            COHEN, WEISS and SIMON LLP
                                            330 West 42nd Street
                                            New York, New York 10036
                                            (212) 356-0238

                                            Tamir W. Rosenblum (TR 0895)
                                            Mason Tenders District Council
                                              of Greater New York
                                            520 Eighth Avenue, Suite 650
                                            New York, New York 10018
                                            (212) 452-9407

                                            Counsel for Defendant
                                            Laborers' Local No. 79 and
                                            Kenneth Brancaccio

115018.DOC.1

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the foregoing Rule 7.1 Statement to be served by first class mail, postage prepaid upon:

>Kevin J. McGill, Esq.
>Clifton, Budd, & DeMaria, LLP
>420 Lexington Avenue, Suite 420
>New York, New York 10170

this 7th day of December 2007.

                                      */s/ Joseph J. Vitale*
                                      _____
                                      Joseph J. Vitale