UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                 :

THE CHETRIT GROUP and JOSEPH CHETRIT,   :

                         Plaintiffs,   :   Case No. 07 CIV 8653 (GBD)

      - v. -   :

LABORERS LOCAL UNION 79, KENNETH   :
BRANCACCIO, in his capacity as President of
Laborers' Local Union 79, et al.,   :

                         Defendants.   :
------------------------------------------------------------------ x

**NOTICE OF MOTION TO DISMISS BY
DEFENDANTS LABORERS' LOCAL UNION 79 AND KENNETH BRANCACCIO**

       PLEASE TAKE NOTICE that pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Laborers' Local Union 79 and Kenneth Brancaccio (collectively, the "Defendants"), hereby move this Court to dismiss Counts Three through Eight of the First Amended Complaint in the above-captioned case.

       This motion is based upon Defendants' Memorandum of Law, and exhibit thereto, submitted herewith.

       Pursuant to Local Rule 6.1(b), any opposition to this motion shall be served by December 21, 2007.

00115019.DOC.1

Date:   December 7, 2007
        New York, New York

                                                   Respectfully submitted,

                                                   */s/ Joseph J. Vitale*
                                                _____
                                                Joseph J. Vitale (JJV 0415)
                                                COHEN, WEISS and SIMON LLP
                                                330 West 42nd Street
                                                New York, New York 10036
                                                (212) 356-0238

                                                Tamir W. Rosenblum (TR 0895)
                                                Mason Tenders District Council
                                                  of Greater New York
                                                520 Eighth Avenue, Suite 650
                                                New York, New York 10018
                                                (212) 452-9407

                                                Counsel for Defendants
                                                Laborers' Local No. 79 and
                                                Kenneth Brancaccio


## CERTIFICATE OF SERVICE

       I hereby certify that I caused a copy of the foregoing Notice of Motion to Dismiss and accompanying memorandum of law to be served by first class mail, postage prepaid upon:

            Kevin J. McGill, Esq.
            Clifton, Budd, & DeMaria, LLP
            420 Lexington Avenue, Suite 420
            New York, New York 10170

this 7th day of December 2007.

                                                */s/ Joseph J. Vitale*
                                                _____
                                                Joseph J. Vitale