UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
THE CHETRIT GROUP and
JOSEPH CHETRIT,

    ECF CASE

    Case No.:07CIV8653 (GBD)

           Plaintiffs,

    **STIPULATION**

      -against-

LABORERS LOCAL UNION 79,
KENNETH BRANCACCIO in his capacity as
President of Laborers Local Union 79,
JAMES HEGARTY, GUY SPERLING,
STANISLAV HUBKA, JOHN DELGADO,
KLAUS RYNIEWICZ, JERRY CRAFT,
JUAN CARLOS, LEWIS MONTALVA,
and JOHN DOES 1-10,

           Defendants.
----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that Plaintiffs' time to oppose Defendants' Motion to Dismiss is extended from December 21, 2007 to January 4, 2008.

| _____ | _____ |
|---|---|
| Joseph J. Vitale (JV 0415) | Matthew A. Siebel (MS 8327) |
| COHEN, WEISS and SIMON LLP | CLIFTON BUDD & DeMARIA, LLP |
| 330 West 42nd Street | 420 Lexington Avenue |
| New York, NY 10036 | New York, NY 10170 |
| (212) 356-0238 | (212) 687-7410 |
| Attorneys for Defendants | Attorneys for Plaintiffs |
| Dated: December 19, 2007 | Dated: December 19, 2007 |

SO ORDERED:

Dated: _____, 2007

_____
    U.S.D.J.