UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
The Chetrit Group,

                      Plaintiff,        07cv8653(GBD)

-against-                          **CIVIL CASE MANAGEMENT
                                                PLAN AND SCHEDULING ORDER**

Laborers Local Union 79, Kenneth Brancaccio
in his capacity as President of Laborers Local
Union 79,

                      Defendant,
----------------------------------------X

       After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. No **additional parties** may be joined after **March 5, 2008**.

2. No **amendment** to the pleadings will be permitted after **March 5, 2008**.

3. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **April 2, 2008**. The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to completed discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. **Dispositive motions** are to served by **July 2, 2008**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three(3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. A final **pretrial conference** will be held on **August 6, 2008 at 9:30 a.m.**.

6. The **Joint Pretrial Order** shall be filed no later than **July 9, 2008**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8.  The parties shall be **ready for trial** on 48 hours notice on or after **August 13, 2008**. The estimated trial time is ___3___ days, and this is a (jury) (non-jury) trial.

9.  The **Next Case Management Conference** will be held on **May 7, 2008 at 9:30 a.m.**.

Dated: October 11, 2007
       New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

_____
Attorney for Plaintiff

_____    (JV0415)
Attorney for Defendants

Local 79 a0
Kenneth Brancaccio

-2-