UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
                                                                   :
THE CHETRIT GROUP and JOSEPH CHETRIT,              :
                                                                   :
                              Plaintiffs,                          :          Case No. 07 CIV 8653 (GBD)
                                                                   :
              - v. -                                               :
                                                                   :
LABORERS LOCAL UNION 79, KENNETH                   :
BRANCACCIO, in his capacity as President of        :
Laborers' Local Union 79, et al.,                  :
                                                                   :
                              Defendants.                          :
                                                                   :
----------------------------------------------------------------- x

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT
BY DEFENDANTS JAMES HEGARTY, GUY SPERLING,
STANISLAW HUBKA, JOHN DELGADO, CHARLES RYNKIEWYCZ,
GERARD KRAFT, JUAN CARLOS AND LUIS MONTALVO**

PLEASE TAKE NOTICE that pursuant to Rule 12(b)(6) of the Federal Rules of

Civil Procedure, Defendants James Hegarty, Guy Sperling, Stanislaw Hubka, John Delgado,

Charles Rynkiewycz, Gerard Kraft, Juan Carlos and Luis Montalvo (collectively, the "Individual

Defendants"), hereby move this Court to dismiss the First Amended Complaint in the above-

captioned case.

This motion is based upon the Individual Defendants' Memorandum of Law

submitted herewith.

Pursuant to Local Rule 6.1(b), any opposition to this motion shall be served by

March 24, 2008.

00115019.DOC.2

Date:   March 10, 2008
        New York, New York

                                    Respectfully submitted,


                                     /s/ Joseph J. Vitale
                                    _____
                                    Joseph J. Vitale (JJV 0415)
                                    COHEN, WEISS and SIMON LLP
                                    330 West 42nd Street
                                    New York, New York 10036
                                    (212) 356-0238

                                    Counsel for Defendants



                        CERTIFICATE OF SERVICE

        I hereby certify that I caused a copy of the foregoing Notice of Motion to Dismiss

and accompanying memorandum of law to be served by first class mail, postage prepaid upon:

            George Brenlla
            Clifton, Budd, & DeMaria, LLP
            420 Lexington Avenue, Suite 420
            New York, New York 10170

this 10th day of March 2008.

                                     /s/ Joseph J. Vitale
                                    _____
                                            Joseph J. Vitale