```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 14 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE CHETRIT GROUP and
JOSEPH CHETRIT,

                Plaintiffs,

-against-

LABORERS LOCAL UNION 79,
KENNETH BRANCACCIO in his capacity as
President of Laborers Local Union 79,
JAMES HEGARTY, GUY SPERLING,
STANISLAV KUBKA, JOHN DELGADO,
KLAUS RYNIEWICZ, JERRY CRAFT,
JUAN CARLOS, LEWIS MONTALVA,
and JOHN DOES 1-10,

                Defendants.
------------------------------------------------------------X

ECF CASE

Case No.:07CIV8653 (GBD)

**AMENDED CIVIL CASE
MANAGEMENT PLAN AND
SCHEDULING ORDER**

      Upon request of the parties, the Case Management Plan for the above matter is amended as follows:

1. All discovery shall be commenced in time to be completed by June 2, 2008.

2. Dispositive motions are to be served by September 2, 2008. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days.

3. A final pretrial conference will be held on October 15, 2008.

4. The Joint Pretrial Order shall be filed no later than _____.

5. All other aspects of the original Civil Case Management Plan and Scheduling Order shall remain in effect.

| _____ | _____ |
|---|---|
| Joseph J. Vitale (JV 0415) | Matthew A. Siebel (MS 8327) |
| COHEN, WEISS and SIMON LLP | CLIFTON BUDD & DeMARIA, LLP |
| 330 West 42nd Street | 420 Lexington Avenue |
| New York, NY 10036 | New York, NY 10170 |
| (212) 356-0238 | (212) 687-7410 |
| Attorneys for Defendants | Attorneys for Plaintiffs |
| Dated: March 6, 2008 | Dated: March 6, 2008 |

SO ORDERED:

MAR 1 4 2008

Dated: _____, 2008

_____
S.D.J.

**HON. GEORGE B. DANIELS**

2