```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 24 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE CHETRIT GROUP and
JOSEPH CHETRIT,

                     Plaintiffs,

          -against-

LABORERS LOCAL UNION 79,
KENNETH BRANCACCIO in his capacity as
President of Laborers Local Union 79,
JAMES HEGARTY, GUY SPERLING,
STANISLAV HUBKA, JOHN DELGADO,
KLAUS RYNIEWICZ, JERRY CRAFT,
JUAN CARLOS, LEWIS MONTALVA,
and JOHN DOES 1-10,

                     Defendants.
------------------------------------------------------------X

ECF CASE

Case No.:07CIV8653 (GBD)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that Plaintiffs' time to oppose Defendants' Motion to Dismiss is extended from March 24, 2008 to April 7, 2008. Defendants shall file their Reply papers by April 21, 2008.

| | |
|---|---|
| _[signature]_<br>Joseph J. Vitale (JJV 0415)<br>COHEN, WEISS and SIMON LLP<br>330 West 42nd Street<br>New York, NY 10036<br>(212) 356-0238<br>Attorneys for Defendants<br><br>Dated: | _[signature]_<br>Matthew A. Siebel (MS 8327)<br>CLIFTON BUDD & DeMARIA, LLP<br>420 Lexington Avenue<br>New York, NY 10170<br>(212) 687-7410<br>Attorneys for Plaintiffs<br><br>Dated: 3/24/08 |

SO ORDERED:

Dated: MAR 24 2008, 2008

_[signature]_
U.S.D.J.
**HON. GEORGE B. DANIELS**