UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
THE CHETRIT GROUP and
JOSEPH CHETRIT,

                Plaintiffs,

-against-

LABORERS LOCAL UNION 79,
KENNETH BRANCACCIO in his capacity as
President of Laborers Local Union 79,
JAMES HEGARTY, GUY SPERLING,
STANISLAV HUBKA, JOHN DELGADO,
KLAUS RYNIEWICZ, JERRY CRAFT,
JUAN CARLOS, LEWIS MONTALVA,
and JOHN DOES 1-10,

                Defendants.
------------------------------------------------------------x

ECF CASE

Civil Action No: 07CIV8653 (GBD)

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Clifton Budd & DeMaria, LLP and Cohen, Weiss and Simon, LLP, the attorneys for Plaintiffs and Defendants, respectively, that, pursuant to F.R.C.P. 41(a), the above-captioned action is voluntarily dismissed without prejudice and without costs to either party.

_____
Joseph J. Vitale (JJV 0415)
COHEN, WEISS and SIMON LLP
330 West 42nd Street
New York, NY 10036
(212) 356-0238
Attorneys for Defendants

_____
Matthew A. Siebel (MS 8327)
CLIFTON BUDD & DeMARIA, LLP
420 Lexington Avenue
New York, NY 10170
(212) 687-7410
Attorneys for Plaintiffs

SO ORDERED:
Dated: JUN 10 2008, 2008

_____
HON. GEORGE B. DANIELS